PROB 12C
(6/16)

Report Date: July 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Hernandez-Lopez         Case Number: 0980 2:19CR00218-RMP-1

Address of Offender:                Quincy, WA 98848

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 23, 2020

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison - 51 days            Type of Supervision: Supervised Releas
                         TSR - 12 months

Asst. U.S. Attorney:     Earl Allan Hicks            Date Supervision Commenced: January 24, 2020

Defense Attorney:        Federal Defenders Office    Date Supervision Expires: January 23, 2021

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1:** You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: Mr. Hernandez-Lopez entered into the United States without legal permission and failed to report to the U.S. Probation Office within 72 hours of his reentry, which is a direct violation of special condition number 1.

On January 24, 2020, Mr. Hernandez-Lopez appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release.

On July 7, 2020, per Grant County Sheriff's Office incident report 20GS08263, Mr. Hernandez-Lopez reported to the Quincy Police Department (QPD) and spoke with an officer to report that he committed a hit and run accident on July 5, 2020, and that he wanted to turn himself into law enforcement. The QPD officer did not take Mr. Hernandez-Lopez into custody, as the alleged hit and run is being investigated by the Grant County Sheriff's Office. On July 9, 2020, the undersigned was able to speak with the QPD officer and sent him a picture of Mr. Hernandez-Lopez to confirm this was in fact him, and the QPD officer stated it was indeed Mr. Hernandez-Lopez he spoke to on July 7, 2020.

Prob12C
**Re: Hernandez-Lopez, Francisco**
**July 9, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/09/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/9/2020

Date