PROB 12C
(6/16)

Report Date: July 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Francisco Hernandez-Lopez | Case Number: 0980 2:19CR00218-RMP-1 |
| Address of Offender: | Quincy, WA 98848 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 23, 2020

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 51 days<br>TSR - 12 months |
| | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: January 24, 2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: January 23, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/09/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On July 5, 2020, Mr. Hernandez-Lopez committed the offenses of hit and run attended vehicle, third degree driving while license suspended, and violation of an ignition interlock device, in direct violation of mandatory condition number 1.<br><br>On January 24, 2020, Mr. Hernandez-Lopez appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release.<br><br>On July 7, 2020, per Grant County Sheriff's Office incident report 20GS08263, Mr. Hernandez-Lopez reported to the Quincy Police Department (QPD) and spoke with an officer to report he committed a hit and run accident on July 5, 2020, and he wanted to turn himself into law enforcement. The QPD officer did not take Mr. Hernandez-Lopez into custody as the alleged hit and run is being investigated by the Grant County Sheriff's Office (GCSO). On July 8, 2020, a GCSO deputy reported to Mr. Hernandez-Lopez' residence to investigate the aforementioned hit and run accident. Mr. Hernandez-Lopez admitted to the deputy that he was the driver and he left the scene of the accident. Furthermore, Mr. Hernandez-Lopez admitted to driving a vehicle that did not have an ignition interlock device |

Prob12C
Re: Hernandez-Lopez, Francisco
July 24, 2020
Page 2

installed which is required of him and he also did not possess a valid driver's license. Mr. Hernandez-Lopez was cited and released for the offenses of hit and run attended vehicle, third degree driving while license suspended, and violation of an ignition interlock device.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 24, 2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/24/2020
Date