PROB 12C
(6/16)

Report Date: September 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Francisco Hernandez-Lopez | Case Number: 0980 2:19CR00218-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 23, 2020

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 51 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: January 24, 2020 |
| Defense Attorney: |  J. Houston Goddard | Date Supervision Expires: January 23, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/09/2020 and 07/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Hernandez-Lopez violated the terms of his supervised release by committing the federal offense of alien in United States after deportation, a direct violation of mandatory condition number 1. |
| | On January 24, 2020, Mr. Hernandez-Lopez appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release. |
| | On August 4, 2020, in the Eastern District of Washington, the grand jury indicted Mr. Hernandez-Lopez for the charge of alien in the United States after deportation. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Hernandez-Lopez, Francisco**
**September 2, 2020**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/02/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/2/2020

Date